**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DANIEL KING WARREN,  : No. 162 MM 2018
: 
Petitioner  : 
: 
: 
v.  : 
: 
: 
: 
THE HONORABLE KELLY L. BANACH,  : 
: 
Respondent  : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Review in Nature of Quo Warranto is DENIED. The Prothonotary is DIRECTED to strike the name of the judge from the caption.